# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ALAN D. LEETH | SBN: 199226<br>BURR & FORMAN LLP<br>420 NORTH 20TH STREET, #3400  BIRMINGHAM, AL 35203 | |
| TELEPHONE NO.: (205) 458-5499 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 | Hearing Date:   Room:<br>Hearing Time:   Dept: |
| BRANCH NAME: NORTHERN DISTRICT | |
| PLAINTIFF: HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD. | CASE NUMBER: |
| DEFENDANT: AGRI-NUT COMPANY, INC. | 3:15-CV-3921 JCS |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; CIVIL COVER SHEET; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

PARTY SERVED: **AGRI-NUT COMPANY, INC.**
PERSON SERVED: **DENNIS LUCAS - AGENT FOR SERVICE**
DATE & TIME OF DELIVERY: 9/5/2015
3:17 PM
ADDRESS, CITY, AND STATE: 628 Plaza Pl
Hayward, CA 945416618

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 75.00
County: ALAMEDA
Registration No.: 924
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 8, 2015.

Signature: _____
TIM AULT

**PROOF OF SERVICE**

Order#: 110789/General