UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number
415-522-2000

October 1, 2015

**RE:15-cv-03921-JCS  Hong Kong Oriental Import and Export Co. Ltd. v. Agri-Nut Company, Inc.**

Default is entered as to **defendant Agri-Nut Company, Inc**. on October 1, 2015.

Susan Y. Soong, Clerk

by:  Gina Agustine
Case Systems Administrator
(415) 522-2087